# In the United States Court of Federal Claims

THOMAS WASHAM,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

No. 21-cv-2239

Filed: January 27, 2022

## ORDER

On November 29, 2021, Plaintiff Thomas Washam, appearing *pro se*, filed this action in the United States Court of Federal Claims. *See* ECF No. 1. Plaintiff filed his complaint without paying the requisite filing fees and, pursuant to 28 U.S.C. § 1915(g), does not qualify to proceed *in forma pauperis* due to his litigation history. *See* ECF No. 7. Accordingly, on December 8, 2021, this Court ordered Plaintiff to pay the statutorily required filing fees within 30 days and informed Plaintiff that his action would be dismissed without prejudice for failure to prosecute if he did not comply. *Id.* at 3. To date, Plaintiff has not paid the fees.

Given Plaintiff's failure to pay the requisite filing fees, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE for failure to prosecute**, and Defendant's Motion for Extension of Time[1] (ECF No. 9) is **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

                                                                   s/ Eleni M. Roumel
                                                             ELENI M. ROUMEL
                                                                   Judge

---

[1] On January 26, 2022, Defendant filed a Motion for an Extension of Time to respond to Plaintiff's complaint, citing upcoming arguments and pending deadlines in other cases as well as Plaintiff's failure to pay the filing fees. *See generally* ECF No. 9.